FEE PAID
0001523

19

POOR QUALITY ORIGINAL

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Joanne Warwick

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:22-cv-11707
Judge: Goldsmith, Mark A.
MJ: Patti, Anthony P.
Filed: 07-25-2022
CMP WARWICK VS CITY OF DETROIT, ET AL (DP)

Jury Trial: ☑ Yes ☐ No
*(check one)*

v. City of Detroit, a municipal corporation, Mayor Mike Duggan, former Police Chief Craig, Police Chief White, Officers Darryl Cross, Dane Hunter, EPU-DPD officer Raymond Buford, Officer Dixon, Officers Does 1-50, former Corporation Counsel Lawrence Garcia, Asst. Corporation Counsels Shannon Walker, Sydney Rogers - all of above persons acting in their respective individual capacities, all jointly and severally

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Does 1-50 in their individual & official capacity

**Complaint for a Civil Case**

James Harris, Jesse Little, Securitas Security Services, Greg McDuffy, Michael Kennedy, Hines Real Estate firm, Warden Jodi DeAngelo, Nurse Ramel and John Doe Does 1-25, Dr. Raouf — acting in conspiracy to violate Plaintiff's rights

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Joanne Warwick
- Street Address: 264 Smith
- City and County: Detroit, Wayne County
- State and Zip Code: Michigan 48202
- Telephone Number: cell 415-724-3124
- E-mail Address: warwick_joanne@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

- Name: City of Detroit
- Job or Title (if known):
- Street Address: 2 Woodward
- City and County: Detroit, Wayne Cty
- State and Zip Code: Michigan
- Telephone Number: many
- E-mail Address (if known):

Defendant No. 2

- Name: Mike Duggan  in his individual and official capacities
- Job or Title (if known): Mayor
- Street Address: 2 Woodward
- City and County: Detroit, Wayne Cty
- State and Zip Code: Michigan 48202
- Telephone Number: 224-?
- E-mail Address (if known): emailmayormikeduggan@detroitmi.gov

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

*acting in his individual + official capacities*

Defendant No. 3

- Name: Former Police Chief James Craig
- Job or Title (if known): Former Police Chief
- Street Address: (current address unknown) former address 301 3rd Ave.
- City and County: Detroit, Wayne
- State and Zip Code: Michigan 48226
- Telephone Number: 313-596-2200
- E-mail Address (if known): Unknown

Defendant No. 4

- Name: Police Chief James White
- Job or Title (if known): Detroit Police Chief
- Street Address: Same as listed above
- City and County: "
- State and Zip Code: "
- Telephone Number: "
- E-mail Address (if known): Unknown

please see I. (cont'd)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 28 USC §1331, 28 USC §1343, 42 USC §1983, 28 USC § 2201 and 2202 and F.R.C.P. 57 + 65 - 42 USC §1981, invasion of privacy under federal + state law

✓ B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

retaliation for exercise of 1st + 14th Amendment rights (free speech - Rt. to Petition gov't for redress of grievance)

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, (name) __Joanne Warwick__,
      is a citizen of the State of (name) __Michigan__.

   b. If the plaintiff is a corporation
      The plaintiff, (name) _____,
      is incorporated under the laws of the State of (name)
      _____, and has its principal place of business in the State of (name) _____.

   (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

withholding of evidence, violation of due process, malicious prosecution, 4th illegal seizure, false arrest + false incarceration, excessive use of force, 8th Amendment cruel and unusual punishment - and conditions of confinement

2. The Defendant(s)

   a. If the defendant is an individual — He's in Detroit
      The defendant, (name) __Michael Kennedy__ is a citizen of the
      State of (name) __Illinois, Hinesville__ Or is a citizen of (foreign nation) _____

   b. If the defendant is a corporation — Real Estate Firm
      The defendant, (name) __Hines__, is incorporated under the laws of the State of (name) __Tx__, and has its principal place of business in the State of (name) __Texas__. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

Houston

injunctive relief — restraining order against all defendants to stop violating Pl's [rights]

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

① general and compensatory damages for Plaintiff for violations of her federal and statutory rights, injuries, pain & suffering, emotional distress to be determined according to proof ② punitive damages as available pursuant to both 42 USC §1983 and 42 USC §1988 ③ attorneys fees and costs pursuant to 42 USC §1988 ④ award costs of suit ⑤ award pre- and post-judgment interest as permitted by law ⑥ injunctive relief ⑦ such other and further relief as the court may deem just and proper

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On July 24, 2019, Plaintiff Joanne Warwick peacefully entered the Coleman A. Young Municipal Center (CAYMC) to go to the Law Dept and file a FOIA request.

Securities officials let Ms. Warwick enter carrying her property with her which included a sign she earlier held at a rally. Warwick arrived on a bicycle and had no car to put her belongings. Ms. Warwick discussed her sign w/ the entry security guards and explained that she was not there to protest, but was going to file a FOIA request. They let her enter. One or two guards read her sign as she had just passed the metal detector. Ms. Warwick saw the guards reading the sign, and told them the other guards said it was okay. (Please go to page 7)

5

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff's civil rights were violated - retaliation for 1st Amendment free speech rights, right to petition gov't for redress of grievances, right to peaceably assembly & to business at gov't building / right to enter building & file a FOIA request. Officers Cross & Hunter falsely arrested me - They both maliciously & w/o probable cause + w/ deliberate indifference pushed me out of CAYMC - Coleman A. Young Municipal Bldg. Cross brutally slammed me to the cement ground. They left handcuff too tight - deliberate indifference.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 25, 20 22

Signature of Plaintiff: Joanne Warwick
Printed Name of Plaintiff: Joanne Warwick

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:** III cont'd

Then one guard said "It's okay, as long as it isn't about Mike Duggan." Ms. Warwick replied "That wouldn't be legal" or something like. Ms Warwick peacefully proceeded to the elevator. Jesse Little of Securitas called her back to the entry area. He told her she couldn't bring in the sign. She said the other people said it was okay and let her in. Previously Ms Warwick had been mistreated and physically abused in the CAYMC by ~~sec~~ police officers who had unlawfully asked her to leave the building.

Feeling this was continued harassment, she asked for proof she couldn't bring in a sign. Mr. Little went into his office and stayed there for approx 2 minutes. On information & belief, Mr. Little on orders of Mike Duggan, Raymond Buford, Greg McDuffy and other Does sought to get Ms. Warwick out of the building in retaliation for the content of her sign. One side read "Michigan Trusts Bernie. So Does Cardi B and Dr. Cornel West" The other side said "K~~am~~ola covered for Corrupt Law Enforcement Don't trust Kamala Harris. ¡Que Mala!" Mike Duggan was a Biden supporter and on information & belief

I. Parties cont'd

(5) Detroit Police Officer Darryl Cross
street address 1301 3rd Ave  Detroit Police Headquarters
Detroit, MI. 48226
Michigan
313 596-2200

on information and belief he also worked in 12th Precinct.

(6) Detroit Police Officer Dane Hunter
on info & belief
1301 3rd Ave.
Detroit, MI 48226
Michigan
313-596-2200

(7) Detroit Police Officer (DPD) Raymond Buford and EPU
2 Woodward
Detroit, MI 48226
tel. # _____ ?

executive protection unit

(8) DPD & EPU Officer Dixon
2 Woodward
Detroit, MI 48226
tel # _____ ?

(9) Officer Does 1-50
on info & belief  1301 3rd Ave.
Detroit, MI 48226
2 Woodward
Detroit, MI 48226

1 of 4

I. Parties cont'd                                City of Detroit et al

⑩ Former Corporation Counsel Lawrence Garcia
   now with Miller Canfield Law Firm
      150 W. Jefferson Ave Suite 2500
      Detroit, MI 48226
   garcia@millercanfield.com
      tel. 313-963-6420

⑪ Asst. Corporation Counsel Sydney Rogers
      2 Woodward                    also office at
      Detroit, MI 48226              36th District Ct

⑫ Asst. Corporation Counsel Shannon Walker
      2 Woodward                    also office at
      Detroit, MI 48226              36th District Ct.

⑬ Does 1-50, on information & belief
   who may have passed around & viewed Detention Center
   strip video of Ms. Warwick

⑭ James Harris — acting in conspiracy to violate
   last known address  2 Woodward              Ms. Warwick's rights
                        Detroit, MI 48226
      tel. # ?
                                              2 of 4

"Parties Cont'd" ~~ Lawrence v. City of Detroit et al cont'd

15) Jesse Little acting in conspiracy
last known address 2 Woodward
Detroit MI. 48226

16) Securitas Security Services acting in conspiracy
3 Park Lane Blvd # 1130
Dearborn, MI 48126
tel. 313-982-9243

17) Greg McDuffey acting in conspiracy
2 Woodward (Detroit Wayne Joint Building Authority)
Detroit Mi. 48226

18) Michael Kennedy of Hines acting in conspiracy
not sure either office in Detroit or
in Hines Chicago office
444 West Lake Street
Suite 2400
Chicago, Illinois
tel. 312-419-4900

tel # 313-309-2319
not sure of office location

19) Hines Real Estate Firm acting in conspiracy
2800 Post Oak Blvd.
Houston, Texas 77066-6118
1-713-621-8000

3 of 4

I. Parties (cont'd)                    Barfield v City of Detroit et al

20) Warden Jodi De Angelo            acting in conspiracy
    17601 Mound Rd
    Detroit, MI 48212

21) Nurse Ramel                      acting in conspiracy
    17601 Mound Rd.
    Detroit, MI 48212

22) Does 1-25                        acting in conspiracy
    17601 Mound Rd.
    Detroit, MI 48212

23) Dr. Rauf                         acting in conspiracy
    NSO Life Choices
    8600 Woodward Ave
    Detroit, MI 48202
    313-875-7601

4 of 4

III. cont'd...

Mike Duggan either knew the Democratic ticket was going to be Biden-Harris or he didn't want Warwick in the building b/c Kamala Harris. Warwick suspects was in the building after being at the NAACP Nat'l Convention at the now TCF Center. Also, Mike Duggan knows Ms Warwick is a vocal critic of her administration policies and the Detroit Land Bank Authority which he essentially controls. She speaks at public meetings and on 910am radio on these topics.

Warwick believes Little or others called Officer Darryl Cross to get her out of there regardless of her sign.

Officer Cross approached Warwick in a harassing way and kept telling her to leave "Because I said so." At one point, he grabbed her sign — battering her at which point Warwick protested the battery. On information & belief Dane Hunter was told a false story about Warwick and asked to assist Cross. He with Cross maliciously shoved her out the door w/o doing a due diligent investigat. of the matter. Warwick picked up her belongings and attempted

III. cont'd Warwick et al

to reenter. Officer Cross then grabbed her and brutally slammed her to the ground. Then Hunter & Cross cuffed her. One hand-cuff was too tight, yet they refused to loosen it despite Ms. Warwick's pleas. They had her in cuffs for approx. 40 minutes and yet no one brought her proof she couldn't bring in the sign despite Warwick's repeated requests for it. At one point Cross said something like "Don't worry about the sign. Security wanted you out. So you're going to go out and now you're going out."

Neither officer gave her a citation. EMS truck + van transferred her to the Detroit Medical Center where a health professional properly screened her for suicidal or homicidal ideations. She correctly wrote in her report that Ms Warwick had been assaulted + bothered by a peace officer and that she wasn't homicidal. and treated her bloody injured ankle

Ms Warwick asked to see a psychiatric doctor to help downing this abuse. But she and at this point. Ms Warwick couldn't walk due

III. cont'd

Warwick v. City of Detroit etc

two nice cops who were guarding her and then waited hours for a doctor. Dr. Raud showed up finally, appeared frazzled and spent like what felt 60 seconds asking about her medication.

She was then transferred to the Detroit Detention Center and was put in a solitary cell with a camera in it. 3 female and one male guard came into the solitary cell and told her to take her clothes off & put on a "Bam-Bam" suit. Warwick asked what it was for. A female said something "You must have told someone at the hospital that you were thinking of hurting yourself or others." Warwick knew this wasn't true. The guards jumped her struggled with her took her clothes off and left her butt naked in a cell w/a camera in it. This was the early morning of July 25th. Then she was let out on personal bond.

3 of 6

III. cont'd                    Warwick v. City of Detroit et al.

A. The City of Detroit Prosecutors — Lawrence Garcia, Sydney Rodgers & her Shannon Walker charged Ms. Warwick with "disorderly conduct." The false and unconstitutional charge was eventually dismissed, after it had been filed twice.

Warwick suffered injury to her right ankle and was on crutches for approx. two weeks. She had bruises from being assaulted & bathed at Detention Center — where Nurse Ramel failed to properly screen her.

Sydney Rogers never produced Corssi body cam video of the incident — the report required to explain why he didn't have it.

Later Officer Dixon at CAYMC was giving Warwick a hard time and whispered to her in a weepy voice "I saw the video." She suspects the detention strip video was being passed around.

4 of 6

II. Warwick believes Securitas personnel Jesse Little, James Harris, and Greg McD[ ] Raymond Buford, Mike Duggan, Michael Hines and warden Jodi De Angelo, Kennedy and other detention & police personnel conspired to violate her rights & physical person. She suffered physical injury & great emotional distress as a result of the batteries, false arrest + incarceration withholding of evidence + false prosecution City of Detroit

The City of Detroit has a pattern & practice custom of abusing people that disagree with the administration and permit excessive use of force by officers. Police Chiefs Craig & White, in her opinion were complicit and allowed this to happen. Examples of abuse of persons → Detroit Will Breathe protesters, arrest of vocal resident/Duggan administrative critic Agnes Hitchcock, physical harassment

5 of 6

of water rights achurst Denecko Williams and more. This needs to stop.

Warwick apologizes for hand-written complaint - She suffers severe depression, sleep deprivation, ADHD and complicated grief.

Please help me seek justice and an end to this unconstitutional abuse.

Joanne Warwick
July 25, 2022

6 of 6

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Joanne Warwick

**DEFENDANTS**
City of Detroit et al

**(b)** County of Residence of First Listed Plaintiff: Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Wayne
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Self

Attorneys *(If Known)*: Detroit Corporation Counsel

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [x] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

Citizen of This State: PTF [x] 1 / DEF [ ] 1 — Incorporated or Principal Place of Business In This State: PTF [ ] 4 / DEF [ ] 4

Citizen of Another State: PTF [ ] 2 / DEF [x] 2 — Incorporated and Principal Place of Business In Another State: PTF [ ] 5 / DEF [x] 5

## IV. NATURE OF SUIT
CIVIL RIGHTS — 440 Other Civil Rights (circled)

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Brief description of cause: Violation of civil rights, excessive force, false arrest, coverup and [illegible]

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [x] Yes

## VIII. RELATED CASE(S) IF ANY
I tried to add to another case but was not allowed
JUDGE: Parker
DOCKET NUMBER: 19-11429

DATE: July 25, 2022
SIGNATURE OF ATTORNEY OF RECORD: Self represented Joanne Warwick

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?   ☐ Yes  ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes  ☐ No

   If yes, give the following information:

   Court: __MI Eastern District__

   Case No.: __19-12429__

   Judge: __Parker__

   Notes: __I tried to add this current case — but judges wouldn't let me do so__